JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS JACINTO CHACON,<br>Petitioner,<br>v.<br>JOSHUA JOHNSON, et al.,<br>Respondents. | Case No. 5:26-cv-04850 ODW-RAO<br><br>JUDGMENT |

Pursuant to the Order Dismissing Habeas Action Without Prejudice,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: October 14, 2026

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE